IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER DOUGAN,

    Petitioner,

v.                                                      CASE NO. 5:09-cv-268-RH-AK

WALTER MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Christopher Dougan. Though Petitioner is confined in the Panama City Division of this Court, the conviction being challenged occurred in Alachua County, Florida, which is in the Gainesville Division.

Rule 3.1(C) of the Local Rules for the Northern District of Florida provides that a case in which venue properly lies in this district may be transferred to another division by order of the Court.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forthwith **TRANSFER** this action to the Gainesville Division of this Court for all further proceedings.

**DONE AND ORDERED** this 12th day of August, 2009.

                                              s/A.Kornblum
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**